NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE DENTAL IMAGING TECHNOLOGIES CORPORATION,**
*Petitioner.*

---

Miscellaneous Docket No. 138

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in case no. 10-CV-0288, Chief Judge Gregory M. Sleet.

---

**ON MOTION**

---

**ORDER**

Sirona Dental Systems, Inc. moves without opposition for a 45-day extension of time to respond to the petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The respondents are directed to submit their responses no later than November 26, 2012.

IN RE DENTAL IMAGING TECHNOLOGIES                                2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26